```
NOEL M. COOK, SBN 122777
LINDA JOY KATTWINKEL, SBN 164283
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, Suite 1910
San Francisco, California 94105
415-882-3200 voice
415-882-3232 fax
ncook@owe.com
ljk@owe.com

Attorneys for
SANRIO COMPANY, LTD. and SANRIO, INC.
```

**FILED**

AUG 15 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 14 80 238 MISC

| | |
|---|---|
| DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO ONLINE SERVICE PROVIDER on behalf of SANRIO COMPANY, LTD., and SANRIO, INC., <br><br> vs. <br><br> eBay, Inc. | Civil Action No. <br><br> **DECLARATION OF LINDA JOY KATTWINKEL IN SUPPORT OF REQUEST FOR DMCA SUBPOENA** |

I, Linda Joy Kattwinkel, declare as follows:

  1. I am counsel for the law firm of Owen, Wickersham & Erickson, P.C. and am duly licensed to practice before all of the Courts of the State of California. I make this declaration based upon my own personal knowledge, except as to those matters which are alleged upon information and belief, and as to those matters I am informed and believe them to be true. If called upon to testify I could and would do so competently. I make this declaration in support of the request by my clients Sanrio Company, Ltd. and Sanrio, Inc.("Sanrio") for the clerk of the Northern District of California to issue the subpoena attached hereto, pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h).

  2. I am intellectual property counsel for Sanrio Company, Ltd. and its wholly-owned subsidiary, Sanrio, Inc., and am duly authorized by Sanrio to make this request on Sanrio's behalf.

3. Sanrio is the creator and owner of U.S. copyrights protecting the famous HELLO KITTY character artwork.

4. On information and belief, on August 13, 2014, Sanrio submitted to eBay, Inc. the DMCA take-down notice attached to the requested subpoena ("DMCA Notice") pursuant to 17 U.S.C. Section 512(C)(3)(A) regarding unauthorized copies of HELLO KITTY jewelry posted on www.ebay.com by a seller identified as "jewelryunlimited786."

5. On information and belief, the DMCA Notice was delivered through eBay's VeRO (Verified Rights Owner) online reporting program.

6. On information and belief, upon receipt of the VeRO response from eBay Inc., Sanrio requested the identity of the seller displaying counterfeit copies of HELLO KITTY jewelry. eBay, Inc. has not provided such information and has stated that it requires a subpoena to do so.

7. The sole purpose for which the requested subpoena is sought is to obtain the identities of the alleged infringers described in the DMCA Notice and such information will only be used for the purpose of protecting Sanrio's copyrights under the DMCA. In particular, Sanrio seeks information that will lead to identification of the manufacturing source of the counterfeit goods that were offered for sale by the seller, so that Sanrio can take steps to enforce its copyrights and stop the manufacture, sale, distribution, and/or importation of such counterfeits. See U.S.C. 17 §§ 106, 501 et seq., 602.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 15th day of August, 2014 at San Francisco, California.

OWEN, WICKERSHAM & ERICKSON, P.C.

By: _____
Linda Joy Kattwinkel

Attorneys for SANRIO COMPANY, LTD. and SANRIO, INC.

## Yumi Suemori

**From:** vero@ebay.com
**Sent:** Wednesday, August 13, 2014 2:01 PM
**To:** Yumi Suemori
**Subject:** Item(s) infringe copyrights (e.g., a bootleg recording of live performance, pirated copy of media such as software or movies, or unlawful copy of copyrighted works such as text, paintings, or sculptures).: jewelryunlimited786 #

Date: Aug-13-14 14:00:58 PDT
Notice of Claimed Infringement

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that:

I am the owner, or an agent authorized to act on behalf of the owner of certain intellectual property rights ("IP Owner");

I have a good faith belief that the listing identified below (by item number) offer items or contains materials that are not authorized by the IP Owner, its agent, or the law, and therefore infringe the IP Owner's rights; and

The information in this notice is accurate.

Please act expeditiously to remove the following listings.

Item Number(s):
130848647182;130964750868;121043027921;400441692238;121114800319;121159251024;400311675782;400375307603;

List (or representative list) of works infringed:
9042 Item(s) infringe copyrights (e.g., a bootleg recording of live performance, pirated copy of media such as software or movies, or unlawful copy of copyrighted works such as text, paintings, or sculptures).

I may be contacted at:
570 Eccles Ave.
South San Francisco, CA 94080
Telephone: 650 952 2880

Truthfully,
Sanrio_Co._LTD Yumi_Suemori
-------------------------------------------------------------------

1

Hi, **Sanrio_Co._L...!**    Daily Deals    Sell    Customer Support    DEAL FRENZY UP TO 70% OFF                                        My eBay

 Shop by category                                                                                      All Categories

**VERO REPORTING TOOL**    1. SELECT A COUNTRY    **2. SELECT LISTINGS**    3. REPORT LISTINGS

# VeRo Reporting Tool

Items for Sale by jewelryunlimited786 ( 12642 )

After viewing this seller's listings, check the box next to each listing you want to report as infringing your intellectual property rights. You can select up to 250 listings from multiple pages. When you are finished, select **Report Listings** to go to the next step. Learn more

Return to country selection page

kitty

Related Searches: **hello** kitty, kitty **doll**, **hello** kitty **bag**, **cat**, kitty **bag**, **bag**, **hello** kitty **iphone 4 case**

Include title and description

### Refine search

**Categories**

**Jewelry & Watches** (8)
Fine Jewelry (8)
Fashion Jewelry (1)

8 results found for **kitty**

Report Listings    8 items selected, 0 previously selected items.

| | | | Price | Shipping to 94080 | Time Left |
|---|---|---|---|---|---|
|  | 10K Womens Yellow Gold Hello Kitty White Diamond Blue Amethyst Stud Earrings<br>One-day shipping available | Buy it Now | $479.99 | Free | 2d 4h 14m |
|  | New Ladies White Gold Finish White Diamond Pink Saphire Hello Kitty Fashion Ring<br>One-day shipping available | Buy it Now | $149.99 | Free | 3d 20h 53m |
| | White Gold finish Hello Kitty Fashion Genuine Diamond Designer Ring 1/4 Ct<br>One-day shipping available | Compare at<br>Buy it Now | $799.96<br>$199.99 | Free | 5d 22h 56m |
| | WOMENS PINK HELLO KITTY DIAMOND SAPPHIRE STUD EARRINGS<br>One-day shipping available | Buy it Now | $449.99 | Free | 19d 21h 15m |
| | WOMENS PINK HELLO KITTY DIAMOND SAPPHIRE STUD EARRINGS<br>One-day shipping available | Buy it Now | $299.99 | Free | 20d 21h 38m |
| | Ladies 10K White Gold 1 5 Inch Diamond XL Hello Kitty Pendant Charm 3 Ct<br>1.5 Inches with 3.50 Ct of diamonds.<br>One-day shipping available | Buy it Now | $1,349.99 | Free | 25d 6h 22m |
|  | LADIES WHITE GOLD FINISH HELLO KITTY DIAMOND FASHION SLIDE PENDANT CHARM 1 50 CT<br>One-day shipping available | Buy it Now | $549.99 | Free | 28d 8h 22m |
| | 10K New Ladies White Gold Hello Kitty Fashion Designer White Diamond Ring 1/4 Ct<br>One-day shipping available | Buy it Now | $359.99 | Free | 29d 6h 8m |

Report Listings    8 items selected, 0 previously selected items

Page 1 of 1



**OWEN, WICKERSHAM & ERICKSON, P.C.**

455 Market Street, Suite 1910
San Francisco, California 94105
T 415.882.3200  F 415.882.3232
www.owe.com

August 15, 2014

United States District Court
Northern District of California
Clerk's Office – 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: DMCA Subpoena & supporting documents

Dear Sir/Ms.:

Attached please find the original and one copy of the following documents:

    Subpoena to Produce Documents, Information, or Objects etc.
    Declaration of Linda Joy Kattwinkel in Support of Request for DMCA Subpoena

Also enclosed is our check in the amount of $46.00 and a postage paid return envelope.

At such time as the subpoena is issued, please return it to us in the envelope provided for the Court's convenience.

Please let us know if you have questions or require additional information. Thank you for your assistance.

Kind regards,

*Jessica D. Rhodes*

Jessica D. Rhodes
Assistant to Noel M. Cook,
Linda Joy Kattwinkel, and Lindsey B. Furtado


JDR:ms
Encls.
SANRI 90001
s:\1clients\sanri\1infringements\dmca subpoenas\ebay\jewelryunlimited786\subpoena-cover ltr to clerk.doc